# EXHIBIT 1

PTO- 1478
Approved for use through 02/28/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90519658**
**Filing Date: 02/09/2021**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | TURNTABLE |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | TURNTABLE |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Entertainment 720, LLC |
| *MAILING ADDRESS | PO Box 454 |
| *CITY | Brooklyn |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 11211 |
| *DOMICILE | NOT PROVIDED |
| PHONE | 404-500-8357 |
| *EMAIL ADDRESS | XXXX |
| WEBSITE ADDRESS | turntable.fm |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | LIMITED LIABILITY COMPANY |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |

| | |
|---|---|
| *INTERNATIONAL CLASS | 045 |
| *IDENTIFICATION | Online social networking services in the field of **music** |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 05/21/2011 |
| FIRST USE IN COMMERCE DATE | At least as early as 05/21/2011 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\905\196\90519658\xml1 \ FTK0003.JPG |
| SPECIMEN DESCRIPTION | First article of service running |
| WEBPAGE URL | https://techcrunch.com/2011/05/20/turntable-fm/ |
| WEBPAGE DATE OF ACCESS | 05/21/2011 |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| MISCELLANEOUS STATEMENT | Claiming first use over other marks. First use verified via dead mark 85336779 |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Entertainment 720, LLC |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | billy@billychasen.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |

## SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATURE | /William Chasen/ |
| * SIGNATORY'S NAME | William Chasen |
| * SIGNATORY'S POSITION | CEO |
| SIGNATORY'S PHONE NUMBER | 404-500-8357 |
| * DATE SIGNED | 02/09/2021 |
| SIGNATURE METHOD | Signed directly within the form |

PTO- 1478
Approved for use through 02/28/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90519658**
**Filing Date: 02/09/2021**

## To the Commissioner for Trademarks:

**MARK:** TURNTABLE (Standard Characters, see mark)
The literal element of the mark consists of TURNTABLE. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Entertainment 720, LLC, a limited liability company legally organized under the laws of Delaware, having an address of
    PO Box 454
    Brooklyn, New York 11211
    United States
    404-500-8357(phone)
    XXXX
**Domiciled at:** Not Provided

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 045: Online social networking services in the field of music

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 045, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 05/21/2011, and first used in commerce at least as early as 05/21/2011, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) First article of service running.
Specimen File1

Webpage URL: https://techcrunch.com/2011/05/20/turntable-fm/
Webpage Date of Access: 05/21/2011

**Miscellaneous Statement**
Claiming first use over other marks. First use verified via dead mark 85336779

For informational purposes only, applicant's website address is: turntable.fm
The applicant's current Correspondence Information:
    Entertainment 720, LLC
    PRIMARY EMAIL FOR CORRESPONDENCE: billy@billychasen.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

Declaration

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /William Chasen/   Date: 02/09/2021
Signatory's Name: William Chasen
Signatory's Position: CEO
Signatory's Phone Number: 404-500-8357
Signature method: Signed directly within the form
Payment Sale Number: 90519658
Payment Accounting Date: 02/09/2021

Serial Number: 90519658
Internet Transmission Date: Tue Feb 09 07:58:38 ET 2021
TEAS Stamp: USPTO/FTK-XX.XXX.X.XXX-20210209075838956
708-90519658-7605b489f43e0b41165f2c4fb67
c61bf4cc0946c5d4bcee35f4fc6e064845bdb-CC
-58374621-20210209074116627246

# TURNTABLE





Click to go back, hold to see history

Join Extra Crunch

Login

Search 🔍

Startups

Videos

Audio

Newsletters

Extra Crunch

The TC List

Advertise

Events

—

More

# This is How Sacca Spends His Friday Nights: Wearing A Space Helmet On Turntable.fm

**Erick Schonfeld** @erickschonfeld / 2:58 AM EDT • May 21, 2011

💬 Comment





Ever wonder how super angel and man-about-town Chris Sacca spends



ell, right now you can find him at Turntable.fm, a