# EXHIBIT 2

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2

ETAS ID: TM650439

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |
| SEQUENCE: | 2 |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Billy Chasen | | 05/07/2021 | INDIVIDUAL: UNITED STATES |

## RECEIVING PARTY DATA

| Name: | Turntable.fm, Inc. |
|---|---|
| Street Address: | 263 S 4th St #454 |
| City: | Brooklyn |
| State/Country: | NEW YORK |
| Postal Code: | 11211 |
| Entity Type: | Corporation: DELAWARE |

## PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 90519658 | TURNTABLE |

## CORRESPONDENCE DATA

| Fax Number: | 2127986915 |
|---|---|

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 212 326 0831 |
|---|---|
| Email: | tlee@pryorcashman.com |
| Correspondent Name: | Teresa Lee |
| Address Line 1: | c/o Pryor Cashman LLP, 7 Times Square |
| Address Line 4: | New York, NEW YORK 10036 |

| ATTORNEY DOCKET NUMBER: | 31480.00001 |
|---|---|
| NAME OF SUBMITTER: | Teresa Lee |
| SIGNATURE: | /tlee/ |
| DATE SIGNED: | 05/28/2021 |

Total Attachments: 3  
source=Executed Assignment Agreement - Billy Chasen to Turntable.fm, Inc#page1.tif  
source=Executed Assignment Agreement - Billy Chasen to Turntable.fm, Inc#page2.tif  
source=Executed Assignment Agreement - Billy Chasen to Turntable.fm, Inc#page3.tif

# ASSIGNMENT

This Assignment Agreement (hereinafter the "Assignment") is entered into on May 7, 2021 (hereinafter, the "Effective Date") by and between Billy Chasen, an individual and citizen of the United States (hereinafter "ASSIGNOR") on the one hand, and Turntable.fm, Inc., a corporation organized under the laws of the State of Delaware (hereinafter the "ASSIGNEE"), on the other hand;

**WHEREAS**, ASSIGNOR is the owner of the following application (hereinafter, the "Application") for the mark, TURNTABLE (hereinafter the "Mark"), covering "online social networking services in the field of music" in cl. 45 (the Application together with the Mark are hereinafter collectively referred to as the "Property");

TURNTABLE in cl. 45, as set forth under Appl. Ser. No. 90/519,658

**WHEREAS**, ASSIGNEE wishes to acquire from ASSIGNOR all of its right, title and interest in, to and under such Property.

**NOW, THEREFORE**, for Ten U.S. Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto, intending to be legally bound, agree to the following terms and conditions:

ASSIGNOR hereby assigns, transfers, grants and conveys to ASSIGNEE, its successors, assigns and legal representatives forever, ASSIGNOR's entire right, title and interest in and to such Property throughout the world in perpetuity, together with the goodwill associated therewith and that part of the ASSIGNOR's business connected with the use thereof and symbolized thereby, along with the associated business assets of ASSIGNOR's business that is ongoing and existing and connected with the Property, and any and all of ASSIGNOR's other rights, privileges and priorities provided under state and federal law of the United States, and under the laws of any and all foreign jurisdictions with respect to the Property, including without limitation ASSIGNOR's common law rights and rights under the laws of unfair competition, and

any and all rights of action at law and suits in equity to recover for past infringements of the Property currently known to ASSIGNOR as of the date hereof or that may become known after the date of this Assignment (the "Transferred Rights"), and any and all of ASSIGNOR's rights to obtain renewals, reissues, and extensions for such Property upon registration of such Property throughout the world, or other legal protections pertaining to the Transferred Rights.

**AND**, ASSIGNOR hereby covenants that ASSIGNOR has the full right to convey the interest assigned by this Assignment and has not conveyed any interest in or right to the Property to any third party;

**AND**, ASSIGNOR hereby further covenants and agrees that ASSIGNOR will, without further consideration, communicate with ASSIGNEE, its successors and assigns, any facts known to ASSIGNOR respecting the Property, and testify in any legal proceeding, sign all lawful papers when called upon to do so, execute and deliver any and all papers that may be necessary or desirable to perfect the title to the Property in said ASSIGNEE, its successors and assigns, and generally do everything possible to aid ASSIGNEE, its successors and assigns, to obtain and enforce proper trademark protection for the Property in the United States and any foreign country, it being understood that any expense incident to the execution of such papers shall be borne by ASSIGNEE, its successors and assigns.

[*Signature page follows, remainder of page intentionally left blank*]

IN WITNESS WHEREOF, the Parties have executed this Assignment as of the Effective Date.

ASSIGNOR

**BILLY CHASEN**

_____

ASSIGNEE

**TURNTABLE.FM, INC.**

By_____

Name: Billy Chasen

Title: Chief Executive Officer

**TRADEMARK**
**RECORDED: 05/28/2021** **REEL: 007310 FRAME: 0043**

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2

ETAS ID: TM650439

| SUBMISSION TYPE: | NEW ASSIGNMENT |
| --- | --- |
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |
| SEQUENCE: | 2 |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
| --- | --- | --- | --- |
| Billy Chasen | | 05/07/2021 | INDIVIDUAL: UNITED STATES |

### RECEIVING PARTY DATA

| Name: | Turntable.fm, Inc. |
| --- | --- |
| Street Address: | 263 S 4th St #454 |
| City: | Brooklyn |
| State/Country: | NEW YORK |
| Postal Code: | 11211 |
| Entity Type: | Corporation: DELAWARE |

### PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
| --- | --- | --- |
| Serial Number: | 90519658 | TURNTABLE |

### CORRESPONDENCE DATA

Fax Number: 2127986915

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone: 212 326 0831  
Email: tlee@pryorcashman.com  
Correspondent Name: Teresa Lee  
Address Line 1: c/o Pryor Cashman LLP, 7 Times Square  
Address Line 4: New York, NEW YORK 10036

| ATTORNEY DOCKET NUMBER: | 31480.00001 |
| --- | --- |
| NAME OF SUBMITTER: | Teresa Lee |
| SIGNATURE: | /tlee/ |
| DATE SIGNED: | 05/28/2021 |

Total Attachments: 3  
source=Executed Assignment Agreement - Billy Chasen to Turntable.fm, Inc#page1.tif  
source=Executed Assignment Agreement - Billy Chasen to Turntable.fm, Inc#page2.tif  
source=Executed Assignment Agreement - Billy Chasen to Turntable.fm, Inc#page3.tif

# ASSIGNMENT

This Assignment Agreement (hereinafter the "Assignment") is entered into on May 7, 2021 (hereinafter, the "Effective Date") by and between Billy Chasen, an individual and citizen of the United States (hereinafter "ASSIGNOR") on the one hand, and Turntable.fm, Inc., a corporation organized under the laws of the State of Delaware (hereinafter the "ASSIGNEE"), on the other hand;

**WHEREAS**, ASSIGNOR is the owner of the following application (hereinafter, the "Application") for the mark, TURNTABLE (hereinafter the "Mark"), covering "online social networking services in the field of music" in cl. 45 (the Application together with the Mark are hereinafter collectively referred to as the "Property");

TURNTABLE in cl. 45, as set forth under Appl. Ser. No. 90/519,658

**WHEREAS**, ASSIGNEE wishes to acquire from ASSIGNOR all of its right, title and interest in, to and under such Property.

**NOW, THEREFORE**, for Ten U.S. Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto, intending to be legally bound, agree to the following terms and conditions:

ASSIGNOR hereby assigns, transfers, grants and conveys to ASSIGNEE, its successors, assigns and legal representatives forever, ASSIGNOR's entire right, title and interest in and to such Property throughout the world in perpetuity, together with the goodwill associated therewith and that part of the ASSIGNOR's business connected with the use thereof and symbolized thereby, along with the associated business assets of ASSIGNOR's business that is ongoing and existing and connected with the Property, and any and all of ASSIGNOR's other rights, privileges and priorities provided under state and federal law of the United States, and under the laws of any and all foreign jurisdictions with respect to the Property, including without limitation ASSIGNOR's common law rights and rights under the laws of unfair competition, and

any and all rights of action at law and suits in equity to recover for past infringements of the Property currently known to ASSIGNOR as of the date hereof or that may become known after the date of this Assignment (the "Transferred Rights"), and any and all of ASSIGNOR's rights to obtain renewals, reissues, and extensions for such Property upon registration of such Property throughout the world, or other legal protections pertaining to the Transferred Rights.

**AND**, ASSIGNOR hereby covenants that ASSIGNOR has the full right to convey the interest assigned by this Assignment and has not conveyed any interest in or right to the Property to any third party;

**AND**, ASSIGNOR hereby further covenants and agrees that ASSIGNOR will, without further consideration, communicate with ASSIGNEE, its successors and assigns, any facts known to ASSIGNOR respecting the Property, and testify in any legal proceeding, sign all lawful papers when called upon to do so, execute and deliver any and all papers that may be necessary or desirable to perfect the title to the Property in said ASSIGNEE, its successors and assigns, and generally do everything possible to aid ASSIGNEE, its successors and assigns, to obtain and enforce proper trademark protection for the Property in the United States and any foreign country, it being understood that any expense incident to the execution of such papers shall be borne by ASSIGNEE, its successors and assigns.

*[Signature page follows, remainder of page intentionally left blank]*

IN WITNESS WHEREOF, the Parties have executed this Assignment as of the Effective Date.

ASSIGNOR

**BILLY CHASEN**

_____

ASSIGNEE

**TURNTABLE.FM, INC.**

By_____

Name: Billy Chasen

Title: Chief Executive Officer

**TRADEMARK**
**RECORDED: 05/28/2021** **REEL: 007310 FRAME: 0043**